26 So.2d 920

**Lee Roy BROWN and Ovoy Brown v. STATE.**

**8 Div. 482.**

Court of Appeals of Alabama.
May 21, 1946.

Bradshaw & Barnett, of Florence, for appellants.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellants.